# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TOM STANLEY, JR. | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-16-0619-F |
| ROBERT BALOGH, | ) |
| Defendant. | ) |

## ORDER

Magistrate Judge Bernard M. Jones entered a Report and Recommendation on March 24, 2017, recommending that defendant Robert Balogh's motion to dismiss (doc. no. 15) be denied. No objection was filed to the Report. With no objection having been filed, and having reviewed the motion and Report, the court finds that it concurs with the Report, and that no purpose would be served by any further analysis here. The Report of the magistrate judge is **ACCEPTED**, **ADOPTED** and **AFFIRMED**, and defendant Robert Balogh's motion to dismiss is **DENIED** for the reasons stated in the Report. This action remains referred to the magistrate judge.

IT IS SO ORDERED this 18th day of April, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0619p001.docx